**Salvatore MAUGERI, Appellant, v. UNITED STATES of America, Appellee.**

No. 10939.

Circuit Court of Appeals, Ninth Circuit.

Oct. 20, 1945.

Rehearing Denied Nov. 24, 1945.

Writ of Certiorari Denied Jan. 28, 1946.

See 66 S.Ct. 489.

Leo R. Friedman and Sol A. Abrams, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and James T. Davis, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**Merritt I. EDNER, Trustee in Bankruptcy of George H. Lum, Appellant, v. Jenny R. MATHEWS, Ex'x, of George B. Mathews, Deceased.**

**SAME v. MASSACHUSETTS MUTUAL LIFE INSURANCE CO., Defendant, and Third-Party Plaintiff, Appellee (Jenny R. MATHEWS, Ex'x of Estate of George B. Mathews, Deceased, Third-Party Defendant, Appellee).**

Nos. 8886, 8887.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 9, 1945.

Decided Oct. 16, 1945.

A. E. Kountz, of Pittsburgh, Pa., and Edward B. Murphy, of Buffalo, N. Y. (Austin L. Staley and Kountz, Fry, Staley & Meyer, all of Pittsburgh, Pa., and Rosengren, Volker & Murphy, of Buffalo, N. Y., on the brief), for appellant.

Edward N. Mills, of Buffalo, N. Y. (Albrecht, Maguire & Mills, of Buffalo, N. Y., and P. K. Motheral and Reed. Smith, Shaw & McClay, all of Pittsburgh, Pa., on the brief), for Mathews' estate, appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

These two cases come to the Court from judgments of the District Court for the Western District of Pennsylvania. They involve several questions, all of which we think are questions of fact. Upon these questions there was conflicting testimony and each side points to facts tending to support the conclusion it urges. We quite realize that the questions are arguable. But the District Judge, having all the testimony before him, resolved it in well defined conclusions. We think that all of his conclusions are supported by such evidence and that we could not say, if we would, that they are clearly erroneous.

The judgments are, therefore, affirmed.